# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

The following cases are set for trial during the July 2010 Trial Term, **commencing with the first case on July 6, 2010, at 9:00 a.m., in Courtroom 14B, Fourteenth Floor of the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida.** The term will include the four week period of July 6 through July 26, 2010. The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed prior to their own.

\*\*\*   **CRIMINAL AND CIVIL JURY TRIALS: Five (5) days prior to jury selection,** proposed jury instructions, verdict forms and *voir dire,* shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions and verdict form in WordPerfect format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov.** \*\*\*

\*\*\*   **CIVIL NON JURY TRIALS: Five (5) days prior to the beginning of trial,** trial briefs (if applicable) and proposed findings of fact and conclusions of law shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions. In addition, please email the proposed findings of fact and conclusions of law in WordPerfect format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov.** \*\*\*

Exhibit lists and witness lists (an original and three copies) shall be filed with the Courtroom Deputy Clerk **at the beginning of trial.** In addition, a courtesy copy of the exhibit list and the witness list shall be emailed to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov.** All exhibits are to be appropriately pre-marked, in accordance with the attached instructions. M.D.Fla. Rule 3.07.

**Counsel for defendants on bond shall notify those defendants when the case is called for trial and that their presence is required.**

Counsel shall notify the Court if an interpreter is required.

Counsel, as well as any *pro se* party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 p.m. on the Friday preceding the first day of trial may result in the imposition of juror costs.

-----------------------------------------------------------------------------------------------

### CASE NO. 1 -- JURY TRIAL

CASE NO.  8:09-CR-265-T-33AEP                    ELT: 3 to 4 Days

UNITED STATES OF AMERICA                         W. Stephen Muldrow (813)274-6379

VS.

KEVIN HARRELL                                    David Secular (813)228-2715

---

### CASE NO. 2 – JURY TRIAL

CASE NO. 8:08-CIV-2458-T-33AEP                   ELT: 4 Days

LISA M. HOLLAND                                  Ryan Barack (727)441-4947
                                                 Michelle Nadeau (727)4947

VS.

DAVID A. GEE                                     Thomas Gonzalez (813)273-0050
                                                 Christopher Bentley (813)273-0050

---

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this   2nd   day of July, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of record and any Pro Se Parties

U. S. Marshal                        U. S. Probation
U. S. Attorney                       Federal Public Defender
Pretrial Services

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Plaintiff(s),
Government

Case No:

v.

Evidentiary
Trial
Other

Defendant(s),

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Case Number:**

Page _____ of _____ Pages

## EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

# UNITED STATES DISTRICT COURT
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk

Tampa Division Manager
(813) 301-5400

## NOTICE TO COUNSEL

## INSTRUCTIONS REGARDING THE PRE-MARKING OF EXHIBITS

Local Rule 3.07 requires each party to obtain from the Clerk, in advance of trial, tabs or labels for <u>pre-marking</u> and identification of each exhibit proposed to be offered in evidence, or otherwise tendered to any witness during trial. To assist you in this regard, copies of Court-approved Exhibit Lists and Exhibit Tags are attached for your use. The case number and style should be appropriately inserted on these forms which may then be reproduced on your office copier in such quantities as required.

Prior to pre-marking exhibits, counsel should select the appropriate "party specific" tag from the attachments. These tags are designed to assist counsel and the Court in controlling and managing exhibits throughout the trial.

Counsel should consecutively number each exhibit tag and <u>staple</u> the exhibit tag to the upper right corner of each exhibit. Thereafter, counsel should prepare the Exhibit List and provide a description of each consecutively numbered exhibit, and sub-exhibit, sufficient to identify it throughout trial.

Composite exhibits should be identified by using the main exhibit's sequential number and an alphabetical suffix to identify the composite portions of the exhibit: e.g., if the main exhibit is number 20 and there are two sub-parts to the exhibit, then the main exhibit should be numbered 20/A, the first sub-part numbered 20/B, and final sub-part numbered 20/C.

Local Rule 3.07(b) requires counsel to furnish copies of their Exhibit List to all other counsel at the commencement of trial.

**NOTE:** These instructions are purposely general in nature and are intended to supplement the Local Rules and any other instructions issued by the trial judge. Accordingly, counsel shall be responsible for ensuring that any additional requirements established by the trial judge are also met.

SHERYL L. LOESCH, CLERK

Attachments

UNITED STATES DISTRICT COURT
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk

Tampa Division Manager
(813) 301-5400

## NOTICE TO COUNSEL REGARDING EXHIBITS AND EXHIBIT SUBSTITUTES

**Requirement to Offer Exhibit Substitutes:** Local Rule 5.04, as amended effective April 1, 1991, requires you to offer photographs with sensitive exhibits (i.e. weapons, drugs, currency) and with exhibits other than documents. It further requires you to offer 8 1/2" by 11" reductions along with documentary exhibits larger than 8 1/2" by 14". Unless otherwise ordered by the Court, if an appeal is filed, the clerk will send these photographs and reductions as substitutes for original exhibits in the record on appeal to the United States Court of Appeals for the Eleventh Circuit.

**Custody of Exhibits and Substitutes:** In connection with civil cases, Local Rule 3.06 requires you to examine proposed exhibits and exhibit substitutes at a meeting prior to pretrial conference and to include objections to use of specific exhibits and substitutes in the pretrial statement. At trial and evidentiary hearings in civil and criminal cases, the clerk will accept the exhibit substitutes along with exhibits at the time you offer them unless the Court otherwise directs on its own initiative or upon objection. The clerk will mark accepted substitutes as such. Unless the Court orders otherwise, at the time of jury verdict or final order, if the clerk has custody of exhibit substitutes, the clerk will return the corresponding original exhibits to you. The clerk will return original sensitive exhibits to you earlier in the proceedings. If no appeal is filed, or upon the filing of the mandate, the clerk will notify you by postcard to pick up any exhibits and substitutes then in the clerk's custody within thirty days. Exhibits and substitutes not picked up will be destroyed.

**Pre-Marking of Exhibits and Substitutes and Preparation of Exhibit Lists:** Local Rule 3.07 requires you to obtain exhibit tabs or labels in advance of trial and, when reasonable, in advance of evidentiary hearing, from the clerk, from an outside source in the format utilized by the clerk, or in a format approved by the presiding judge. It also requires you to prepare a list of exhibits. Copies of court approved Exhibit Lists and Labels are attached for your use. To prepare Exhibit Labels, list the case number and style on the appropriate "party specific" labels, and copy the labels as needed. Consecutively number the labels, and staple (or affix) the labels to the upper right hand corner of exhibits and exhibit substitutes. Identify an exhibit substitute with the same number used to identify the corresponding exhibit. To complete the Exhibit List, fill in the general information required on the first page of the form and, for each exhibit, list the exhibit number, the witness, and description of the exhibit. Make enough copies of the list to furnish copies to all counsel and three copies to the clerk at the commencement of trial or evidentiary hearing. Identify a composite exhibit with one exhibit number and different letters on each portion of the composite. (e.g. 20/A, 20/B, 20/C)

**NOTE:** These instructions are general and are intended to supplement the Local Rules and any other instructions issued by the trial judge. Accordingly, counsel shall be responsible for ensuring that any additional requirements established by the trial judge are also met.

Sheryl L. Loesch, CLERK

Attachments

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

**GOVERNMENT'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

---

U.S. District Court
Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted: