UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA M. HOLLAND,

    Plaintiff,

vs.                                        Case No.: 8:08-cv-2458-T-33EAJ

DAVID A. GEE, in his official capacity
as Sheriff of Hillsborough County,

    Defendant.
_____/

## VERDICT

We, the Jury, unanimously return the following verdict:

1. Do you find from a preponderance of the evidence that:

    A) The Plaintiff was subjected to an adverse employment action when she was assigned to the Help Desk?

        YES __X__    NO _____

    B) The Plaintiff's pregnancy was a substantial or motivating factor that prompted the Defendant to take that action?

        YES __X__    NO _____

2. Do you find from a preponderance of the evidence that:

    A) The Plaintiff was subjected to an adverse employment action when the Defendant terminated her employment?

        YES __X__    NO _____

  B) The Plaintiff's pregnancy was a substantial or motivating factor that prompted the Defendant to take that action?

    YES __X__  NO_____

NOTE: IF YOU ANSWERED "NO" TO EITHER "A" OR "B" IN QUESTION NUMBER 1 AND "NO" TO EITHER "A" OR "B" IN QUESTION NUMBER 2, YOUR VERDICT IS FOR THE DEFENDANT ON THE DISCRIMINATION CLAIM. PLEASE SIGN AND DATE THIS FORM AND NOTIFY THE BAILIFF THAT YOU HAVE REACHED A VERDICT. IF YOU ANSWERED "YES" TO BOTH "A" AND "B" IN QUESTION NUMBER 1 OR "YES" TO BOTH "A" AND "B" IN QUESTION NUMBER 2, PROCEED TO QUESTION 3.

3. Do you find from a preponderance of the evidence that:

  A) The Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    YES __X__  NO_____

    If Yes, in what amount? $80,000.00

  B) The Plaintiff should be awarded damages to compensate for emotional pain and/or mental anguish?

    YES __X__  NO_____ _(initials)_

    If Yes, in what amount? ~~$40,000.00~~
    $10,000.00

PLEASE SIGN AND DATE THIS VERDICT FORM AND NOTIFY THE BAILIFF THAT YOU HAVE REACHED A VERDICT.

SO SAY WE ALL, this 29th day of July, 2010 at the United States District Court House, Tampa, Florida.

_____
Foreperson