UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA M. HOLLAND,

    Plaintiff,

v.

                                Case No.: 8:08-cv-2458-VMC-EAJ

DAVID A. GEE, in his official capacity
as Sheriff of Hillsborough County,

    Defendant.
_____/

## DEFENDANT'S AMENDED EXHIBIT LIST

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | Sheriff's Order from Cal Henderson re temporary employees seeking permanent status dated 8/28/95 |
| 2. | | | | Organizational Chart of the HCSO |
| 3. | | | | Duties and Responsibilities of Data Processing Telecommunications Technician |
| 4. | | | | Hillsborough County Civil Service Board – Data Processing Telecommunications Technician Job Description |
| 5. | | | | Civil Service Rule 7 regarding Appointment (Temporary Employment), revised 11/15/06 |
| 6. | JUL 2 7 2010 | JUL 2 7 2010 | | Holland's Resume |
| 7. | | | | Request for Temporary Employment and Memo of Understanding dated 7/30/03 |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 8. | | | | Memorandum from Major Hawkins requesting additional 120 days for temporary employment dated 11/18/03 |
| 9. | | | | Independent Contractor Agreement between HCSO and Holland dated 1/1/04 |
| 10. | | | | Correspondence from Hawkins to Richard Cipriano re temporary to contract employment dated 1/21/04 |
| 11. | JUL 2 8 2010 | JUL 2 8 2010 | | Email correspondence from Lay to Holland re A+ & Network + dated 11/15/05 |
| 12. | | | | Email correspondence from Sterns to Lay re DP Tech Position dated 12/13/05 |
| 13. | JUL 2 7 2010 | JUL 2 7 2010 | | Email correspondence from Lay to Holland re CompTIA Certification Training dated 7/12/06 |
| 14. | | | | Richard Sanchez's Application for Employment dated 10/30/06 with Richard Sanchez Network + and A+ Certificates |
| 15. | JUL 2 7 2010 | JUL 2 7 2010 | | Email chain from Sterns to Holland re A+ and Network + certificates for DP Tech position dated 12/6/06 |
| 16. | | | | Correspondence from Chris Peek to Sheriff David Gee re request to hire Sanchez dated 12/6/06 |
| 17. | | | | Richard Sanchez, Conditional Offer of Employment dated 2/13/07 |
| 18. | | | | Correspondence from Chris Peek to Information Services Bureau Staff regarding policy on contractors and consultants dated 2/27/07 |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19. | | | | Email correspondence from Sterns to Holland re reassignment to Help Desk dated 3/23/07 |
| 20. | JUL 2 8 2010 | JUL 2 8 2010 | | Email correspondence from Lay to Holland regarding physical restrictions dated 5/14/07 |
| 21. | | | | Doctor's Note from Dr. Kathleen Brown. re Holland dated 5/15/07 |
| 22. | | | | Email chain from Sterns and Holland re her restrictions or limitations dated 5/16/07 – 5/21/07 |
| 23. | | | | Doctor's Note from Dr. David Minton, dated 5/18/07 |
| 24. | | | | Correspondence from Chris Peek to Information Services Bureau, dated 5/18/07 re Policy on Contractors and Consultants |
| 25. | | | | Email chain between Holland and Sterns regarding restrictions dated 5/29/07 and 5/30/07 |
| 26. | | | | Email correspondences from Lay to Sterns re work orders dated 5/31/07 |
| 27. | | | | Email correspondences from Lay to Sterns re Holland's unavailability dated 6/5/07, 6/6/07, 6/8/07, and 6/11/07 |
| 28. | | | | Correspondence from Chief Deputy Docobo to Holland regarding termination of employment dated 6/11/07 |
| 29. | | | | User Support Training and Certifications dated 5/3/06 |
| 30. | | | | Independent Contractor Agreement for Richard D. Evans dated January 1, 2004 |
| 31. | | | | Application for Employment for Richard D. Evans dated 12/28/04 |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 32. | | | | Request to hire Richard Evans from Teresa Sterns dated 2/17/05 and 3/9/05 |
| 33. | | | | Independent Contractor Agreement for Sean M. Vincent dated January 1. 2004 |
| 34. | | | | Memorandum from Vickie Lay to Teresa Sterns re Contract Employee – Sean Vincent dated 4/26/06 |
| 35. | | | | Civil Service Rule 10 – Leave of Absence |
| 36. | JUL 2 7 2010 | JUL 2 7 2010 | | Plaintiff's Response to Defendant's First Set of Interrogatories |
| 37. | | | | Plaintiff's Amended Complaint which was filed in the Thirteenth Judicial Circuit of Hillsborough County |
| 38. | JUL 2 7 2010 | JUL 2 7 2010 | | Email dated 11/16/05 re: MS Training Vouchers Available – 11 days |
| 39. | JUL 2 7 2010 | JUL 2 7 2010 | | Composite Emails – Certifications dated 11/29/06-12/1/06 |
| 40. | JUL 2 7 2010 | JUL 2 7 2010 | | Inter-office memo dated 9/25/06 re: Crash Review Board Findings |
| 41. | JUL 2 7 2010 | JUL 2 7 2010 | | Letter from IRS dated 6/11/07 |
| 42. | JUL 2 7 2010 | JUL 2 7 2010 | | Email dated 4/3/07 re: Duty Schedule |
| 43. | | | | Email from Teresa Sterns to Lisa Holland dated 5/31/07 |

Respectfully submitted this 28th day of July, 2010.

*[signature]*
Thomas M. Gonzalez
Florida Bar No.: 192341
Christopher M. Bentley
Florida Bar No.: 052616
Thompson, Sizemore, Gonzalez & Hearing

Street: One Tampa City Center
201 North Franklin Street, Suite 1600
Tampa, Florida 33602
Telephone: (813) 273-0050
Facsimile: (813) 273-0072
tgonzalez@tsghlaw.com
cbentley@tsghlaw.com

And

Ernest F. Peluso
Florida Bar No.: 174688
Chief Legal Counsel
Hillsborough County Sheriff's Office
P.O. Box 3371
Tampa, FL 33601
tpeluso@hcso.tampa.fl.us
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2010, I filed the foregoing with the Clerk of the Court by hand delivered at trial to the following:

Ryan D. Barack
Kwall, Showers & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755

_____
Attorney