UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA M. HOLLAND,

    Plaintiff,

v.                             Case No. 8:08-cv-2458-T-33AEP

DAVID A. GEE,

    Defendant.

_____/

**ORDER**

This cause comes before the Court pursuant to the October 23, 2012, Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 139), in which Judge Porcelli recommends that Plaintiff Lisa Holland's Motion to Tax Attorneys' Fees and Expenses (Doc. # 133) be granted in part and denied in part. Specifically, Judge Porcelli recommends that Plaintiff be awarded $112,203.00 in attorneys' fees and $7,829.49 in costs.

Defendant David Gee filed timely objections to the Report and Recommendation on November 6, 2012. (Doc. # 140). Plaintiff filed a response in opposition to Defendant's objections on November 16, 2012. (Doc. # 141). After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge and overrules the filed objections.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation, the objections, and the response, the Court overrules the objections, adopts the Report and Recommendation, and grants in part and denies in part the Plaintiff's Motion to Tax Attorneys' Fees and Expenses. The Court agrees with Judge Porcelli's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented by the Motion to Tax Attorneys' Fees and Expenses,

and the objections do not provide a basis for rejecting the Report and Recommendation. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 139) is **ACCEPTED AND ADOPTED.**

(2) Plaintiff Lisa M. Holland's Motion to Tax Attorneys' Fees and Expenses (Doc. # 133) is **GRANTED** in part and **DENIED** in part as follows: $112,203.00 in attorneys' fees and $7,829.49 in costs are awarded in favor of the Plaintiff and against the Defendant.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of November, 2012.

_/s/ Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record